# PD-1214-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta. Clerk

NATHAN BURGESS,

    Appellant,

v.

State of Texas, *et al.*,

    Appellee.

§
§
§
§
§
§
§
§
§

Case No. 05-14-00216-CR

FILED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO FILE APPEAL

### I. INTRODUCTION

## TO THE HONORABLE JUDGE SAID COURT:

COMES NOW Appellant, Nathan Burgess, pursuant to **TEXAS RULES OF CRIMINAL PROCEDURE 10:5 (b)** and hereby respectfully moves this Honorable Court to make an order to Extend Time to File his appeal to this court. Appellant received his notice of judgment from the Dallas COA on August 4th, 2015 giving him 30 days to file his appeal or Extension which should have been September 3rd, 2015, but Appellant miscalculated his deadline to file. Appellant called the courts clerk and was told a grace period is allowed for a showing of good cause. Appellant would like the court to know that he is pro se at this point without counsel and asks the patience of the court for his lack of knowledge with corresponding with the court. Appellant is attaching a copy of the Judgment form the COA in Dallas in an effort to provide all documentation as required in his request for an extension for the court.

For the foregoing reasons, Plaintiff respectfully request that this Court exercise its inherent authority and grant an extension of time to file his appeal to this court in his Illegal Dumping Case referenced in this and attached documentation.

Respectfully submitted,

Nathan Burgess
4101 S Custer Road, Apt 3313
McKinney, TX 75070
Phone: (972) 971-8361
Fax: (972) 232-2356
Email: pilotschoice@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on **9/04/15** APPELLANT has mailed a copy of this Motion to Texas Court of Criminal Appeals, PO Box 12308 Austin, Texas, 78711 and then delivered a copy to the District Attorneys Office of Collin County Texas by email to Mr. Rolator, Collin County Prosecutor.

Nathan Burgess
4101 S Custer Road, Apt 3313
McKinney, TX 75070
Phone: (972) 971-8361
Fax: (972) 232-2356
Email: pilotschoice@hotmail.com

NATHAN BURGESS,       §

       APPELLANT,       §

VS.       §       **Case No. 05-14-00216-CR**

G.M. COX, *et al.*,       §

       APPELLEE.       §

## MOTION TO EXTEND TIME TO FILE APPEAL

The Court has considered Plaintiff's MOTION TO EXTEND TIME TO FILE APPEAL and finding that good cause exists, the **Motion is GRANTED**.

**IT IS SO ORDERED**.

**DATED**: _____       _____

                                    **JUDGE**

*Law Office of William L. Schultz*
*2101 Brugge Court*
*Plano, Texas 75025*
*(972) 517-1020*

*August 6, 2015*

Mr. Nathan Burgess
4101 S. Custer Road, #3313
McKinney, TX 75070

Dear Mr. Burgess:

The opinion of the Court of Appeals arrived. It was not good news. The Court of Appeals upheld (Affirmed) your conviction. I am sorry it came out the way it did, but only a very small percentage of appeals are successful. The trial judge is very skilled and she made sure she gave you a fair trial and that means it was nearly error free.

You have the right to file a *pro se* Petition for Discretionary Review with the Court of Criminal Appeals in Austin, Texas. I don't see anything so bad about your trial that they would be likely to agree to or even review the case, but it is your right if you wish to do it. I have enclosed a copy of the applicable portion of the Texas Rules of Appellate Procedure relating to how you file a PDR. The Court of Criminal Appeals will, in my judgment, be very tolerant of your efforts because they know you are not a lawyer.

Pay particular attention to the time limits. You have 30 days to file the Petition from the date of the opinion, which I also enclose. The opinion was August 4, 2015 so your filing deadline is September 3, 2015. I would assume September 2, 2015 is your due date to give you a day to play with.

The address for the Court of Criminal Appeals is Texas Court of Criminal Appeals P.O. Box 12308 Austin, Texas 78711.

Sincerely,

William L. Schultz

FILE COPY

CHIEF JUSTICE
 CAROLYN WRIGHT

JUSTICES
 DAVID L. BRIDGES
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 ROBERT M. FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS
 ADA BROWN
 CRAIG STODDART
 BILL WHITEHILL
 DAVID J. SCHENCK



# Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

August 04, 2015

William L. Schultz
Attorney At Law
2101 Brugge Court
Plano, TX 75025
* DELIVERED VIA E-MAIL *

Rachel Tran
Collin County District Attorney's Office
Asst. Criminal District Attorney
2100 Bloomdale Rd., Ste. 200
McKinney, TX 75071
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:   05-14-00216-CR
     Trial Court Case Number:   001-86625-2012

Style:  Nathan Earl Burgess
        v.
        State of Texas

Please find attached the opinion that issued in the above cause today.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:  The Honorable Corinne A. Mason (DELIVERED VIA E-MAIL)
     Stacey Kemp (DELIVERED VIA E-MAIL)
     The Honorable Mary L. Murphy (DELIVERED VIA E-MAIL)
     Greg Willis (DELIVERED VIA E-MAIL)



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

NATHAN EARL BURGESS, Appellant

No. 05-14-00216-CR     V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Collin County, Texas
Trial Court Cause No. 001-86625-2012.
Opinion delivered by Justice Brown. Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 4th day of August, 2015.